Case 7:22-cv-00070   Document 8   Filed on 01/10/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELIZABETH ALFARO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00070 |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiff, ELIZABETH ALFARO'S claim asserted against Defendant, ALLSTATE VEHCILE AND PROPERTY INSURANCE COMPANY with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED January 10, 2023, at McAllen, Texas.

_____
Randy Crane
United States District Judge

APPROVED & ENTRY REQUESTED:

*/s/ Celeste Guerra*
LARRY W. LAWRENCE
State Bar No. 00794145
MICHAEL A. LAWRENCE
State Bar No. 24055826
CELESTE GUERRA
State Bar No. 00795395
LORY M. PAWLAK
State Bar No. 24076706

Of Counsel:

**LAWRENCE LAW FIRM**
3112 Windsor Rd., Suite A234
Austin, Texas 78703


*/s/ Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax